AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

ALIAS SUMMONS IN A CIVIL ACTION

United States of America

Case Number: 00-06167-CIV-JORDAN

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

RODNEY W. BARLEY
3210 EMERALD POINT DR., APT. 305B
HOLLYWOOD, FL 33021-1328

TO: (Name and Address of Defendant)

    RODNEY W. BARLEY
    3210 EMERALD POINT DR.., APT. 305B
    HOLLYWOOD, FL 33021-1328



YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

    Mary F. Dooley
    Assistant United States Attorney
    99 NE 4TH STREET
    3RD FLOOR
    MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

FEB 4 2000

Clarence Maddox CLERK                        DATE

(BY) DEPUTY CLERK

