# RETURN OF SERVICE

Case No: 00-6167 CIV-JORDAN

| TO BE SERVED | COURT |
|---|---|
| RODNEY W. BARLEY<br>3210 EMERALD POINT DRIVE,#305B HOLLYWOOD, FLORIDA | IN THE U.S. DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>RODNEY W. BARLEY | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:          Court Time:<br>Witness Fee:   $ 0.00<br>Document Type: ALIAS<br>Atty File # |

I received this process 03/08/00 at 12:41 PM and it was served 03/31/00 at 7:30 AM in BROWARD COUNTY, FLORIDA.

    RODNEY W. BARLEY
    3210 EMERALD POINT DRIVE,#305B
    HOLLYWOOD, FLORIDA

**SUBSTITUTE SERVICE: (FS 48.031 (2)(a))**
By serving a copy of this SUMMONS IN A CIVIL ACTION and a copy of the complaint, petition or initial pleading at the defendant's usual place of abode on a person permanently residing therein, to-wit:
JOHN CURTIS as CO-TENANT
who is 15 years of age or older, and informing the person of the contents.

**OTHER RETURNS:**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et, Seq.

PROCESS SERVER: BARBARA RODRIGUEZ (17)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00757784-001

The foregoing instrument was acknowledged before me this 16 day of April, 2000 BY BARBARA RODRIGUEZ, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### ALIAS SUMMONS IN A CIVIL ACTION

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

Case Number: 00-06167-CIV-JORDAN

v.

RODNEY W. BARLEY
3210 EMERALD POINT DR., APT. 305B
HOLLYWOOD, FL 33021-1328

TO: *(Name and Address of Defendant)*

RODNEY W. BARLEY
3210 EMERALD POINT DR.., APT. 305B
HOLLYWOOD, FL 33021-1328

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox  CLERK                    FEB  4  2000        DATE

(BY) DEPUTY CLERK

757794