# RETURN OF SERVICE

| TO BE SERVED | Case No: 00-6167 CIV-JORDAN |
|---|---|
| RODNEY W. BARLEY<br>3210 EMERALD POINT DRIVE,#305B HOLLYWOOD, FLORIDA | **COURT**<br>IN THE U.S. DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA |
| **STYLE**<br>UNITED STATES OF AMERICA<br>VS.<br>RODNEY W. BARLEY | **WRIT**<br>SUMMONS IN A CIVIL ACTION |
| **SERVED FOR**<br>MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | **INFORMATION**<br>Court Date:　　　　　　　Court Time:<br>Witness Fee: $ 0.00<br>Document Type: ALIAS<br>Atty File # |

I received this process 03/08/00 at 12:41 PM and it was served 03/31/00 at 7:30 AM in BROWARD COUNTY, FLORIDA.

　　　RODNEY W. BARLEY
　　　3210 EMERALD POINT DRIVE,#305B
　　　HOLLYWOOD, FLORIDA

**SUBSTITUTE SERVICE: (FS 48.031 (2)(a))**
By serving a copy of this SUMMONS IN A CIVIL ACTION and a copy of the complaint, petition or initial pleading at the defendant's usual place of abode on a person permanently residing therein, to-wit: JOHN CURTIS as CO-TENANT who is 15 years of age or older, and informing the person of the contents.

**OTHER RETURNS:**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action pursuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: BARBARA RODRIGUEZ (17)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00757784-001

The foregoing instrument was acknowledged before me this ___ day of April, 2000 BY BARBARA RODRIGUEZ, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN