| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>RODNEY W. BARLEY | IN THE IN THE U.S. DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA IN AND FOR DADE COUNTY, FLORIDA<br><br>Case Number: 00-6167 CIV-JORDAN |

## AFFIDAVIT OF LOST SUMMONS

Personally appeared before me, first being duly sworn, deposes and says that I, BARBARA RODRIGUEZ, have lost the original summons to be served upon RODNEY W. BARLEY in the above styled matter.

FURTHER AFFIANT SAYETH NOT

_____
BARBARA RODRIGUEZ

Sworn to and subscribed to me this
26 Day of April, 2000

_____
NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN