UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

United States of America,   CASE NO. 00-6167-CIV-Jordan

    Plaintiff(s),

v.

**Rodney W. Barley,**
,

    Defendant(s).
_____/

FILED by ___ D.C.
May 10, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Rodney W. Barley,** , is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default hereby entered against defendant(s) Rodney W. Barley,, as of course, on this date May 10, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _Tatiana DeJesus_____
    Deputy Clerk

